JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ASHFORD, | Case No. 5:22-cv-00846-SSS-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JAMES HILL, et al., | |
| Defendants. | |

Pursuant to the Court's order,

IT IS ADJUDGED that the entire action is dismissed without prejudice.

DATED: October 19, 2023

_____
SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE